IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL                                                                                          PLAINTIFF

VS.                                                            CIVIL ACTION NO. 5:08cv277DCB-MTP

SUSIE BRADSHAW, et al                                                                         DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and further that Defendants' Motion to Dismiss [20] should be denied as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Defendants' Motion to Dismiss [20] is denied as moot.

SO ORDERED this the 29th day of December, 2009.

                                              s/David Bramlette
                                              UNITED STATES DISTRICT JUDGE